UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:13-CV-1053-Orl-36DAB

JACKIE L. BRADLEY,

  Plaintiff,

v.

UPLAND VENTURES, INC. and
JEFFREY C. UNNERSTALL,

  Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING
## ANSWERS TO COURT INTERROGATORIES

Plaintiff, JACKIE L. BRADLEY, by and through undersigned counsel, files these, his answers to Court Interrogatories.

Dated this 11th day of September, 2013.

            Respectfully submitted,

            Todd W. Shulby, P.A.
            Todd W. Shulby, Esq.
            4705 Volunteer Road, Suite 102
            Southwest Ranches, Florida 33330-2123
            Telephone: (954) 530-2236
            Facsimile: (954) 530-6628
            E-mail: tshulby@shulbylaw.com
            Counsel for Plaintiff

      By:  /s/Todd W. Shulby, Esq.
          Florida Bar No.: 068365

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Vincent B. Lynch, Esq.

By: /s/Todd W. Shulby, Esq.
For Todd W. Shulby, P.A.

## COURT'S INTERROGATORIES TO PLAINTIFF

1. During what period of time were you employed by the Defendant?

   I was employed by the Defendant from November 2012 to January 2013.

2. Who was your immediate supervisor?

   My immediate supervisors were Jeff Unnerstall, Dustin Unnerstall, and Vincent Unnerstall.

3. Did you have a regularly scheduled work period? If so, specify.

   Generally, I worked from 7:00am to 5:00pm Monday through Friday, with a 30-minute lunch which increased to 1 hour at the end of my employment.

4. What was your title or position? Briefly describe your job duties.

   My position was to mainly install fences, but sometimes I also helped the welder.

5. What was your regular rate of pay?

   My rate of pay was $12.00 per hour.

6. What is the nature of your claim (check all the apply)?

   __x__ Off the clock work (Defendant failed to record or prohibited you from recording, all of your work time);

   _____ Misclassification (Defendant mistakenly classified you as exempt from overtime);

   _____ Miscalculation (Defendant failed to correctly calculate your compensation)

   _____ Other (Please describe):

   _____

   _____

7. Provide an accounting of your claim, including:

    a. Dates: July 2012 through September 2012

    b. Regular hours worked: 40

    c. Over-time hours worked: 10

    d. Pay received versus pay claimed: I was paid $480 per week, but not paid for overtime.

    e. Total amount claimed: I need all personnel, time, and payroll records to calculate the total amount I am claiming, but I am generally owed 10 overtime hours per week at either time and one-half ($180), or half-time ($60), for each week worked until I was permitted a 1 hour lunch.

8. If you have brought this case as a collective action:

    a. Describe the class of employees you seek to include in this action.

    The employees I seek to include in this action are all laborers not paid time and one-half their regular rate of pay for all overtime hours.

    b. Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

    Yes, an opt-in notice has been filed for every potential opt-in Plaintiff.

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

    My lawyer is Todd W. Shulby, Esq. To date, he has spent 14 hours on my case at a rate of $350 per hour, plus costs of approximately $500.00.

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

    I complained to my employer about the alleged FLSA violations throughout my employment, more specifically the issue of extra hours and overtime.

11. Was this complaint written or oral? (If a written complaint, please attach a copy).

   My complaint to the employer was oral.

12. What was your employer's response? (If a written response, please attach copy).

   My employer's response was that they would not pay time and a half for all overtime hours.

                                                     _____
                                                     Jackie L. Bradley

**STATE OF FLORIDA**
COUNTY OF Brevard

   **I HEREBY CERTIFY** that on this day before me, an officer duly authorized in the State and County aforesaid to take acknowledgments, personally appeared **Jackie L. Bradley**, who is personally known to me / produced  Fl. D L.  as identification, to be the person who executed the foregoing release and he acknowledged to me that he voluntarily executed the same.

   **SWORN TO AND SUBSCRIBED** before me on this 29 day Aug, 2013.

                                                     NOTARY PUBLIC

                                                     _____
                                                     Signature of Person Taking Acknowledgment
                                                     Print Name:
                                                     Title: Notary Public
                                                     Serial No. (if any):
                                                     Commission Expires:

MICHAEL L. SNOW
Notary Public - State of Florida
My Comm. Expires Jun 13, 2015
Commission # EE 102649
Bonded Through National Notary Assn.