UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:13-CV-1053-Orl-36DAB

JACKIE L. BRADLEY,

    Plaintiff,

v.

UPLAND VENTURES, INC. and
JEFFREY C. UNNERSTALL,

    Defendants.
_____/

# **REPORT REGARDING SETTLEMENT**

The Parties, by and through undersigned counsel, and pursuant to the Court's Scheduling Order (D.E. 12), file this Report Regarding Settlement, and state as follows:

1. On August 12, 2013, the Court entered its Scheduling Order which required, among other things, as follows:

> By November 12, 2013, after the settlement conference, counsel shall jointly file a Report Regarding Settlement that notifies the Court whether: (1) the parties have settled the case; (2) the parties have not settled but wish to continue settlement discussions for a specific period of time; (3) the parties wish to engage in a formal mediation conference before a specific mediator on or before a specific date; (4) either party requests a settlement conference before the United States Magistrate Judge who upon the consent of the parties shall have the authority to approve the settlement as a 'fair and reasonable resolution of a bona fide dispute" over FLSA issues without additional findings made b the parties. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982); or (5) the parties have exhausted all settlement efforts and will immediately file a Case Management Report signed by counsel for all parties.

See Scheduling Order, Paragraph 5 (D.E. 12).

2. In compliance with the Court's Order, counsel for the Parties met in person on October 18, 2013 in order to discuss settlement.

3. At the settlement conference, counsel discussed settlement but could not reach an agreement.

4. The Parties will continue to discuss settlement at appropriate intervals during the course of the case but, for now, have reached impasse and will immediately file a Case Management Report.

Date: October 28, 2013

Respectfully submitted,

| /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>4705 S.W. 148 Avenue, Suite 102<br>Davie, Florida  33330-2417<br>Telephone:  (954) 530-2236<br>Facsimile:  (954) 530-6628<br>Florida Bar No.: 068365<br>E-mail: tshulby@shulbylaw.com<br>Counsel for Plaintiff | /s/Netali Peles, Esq.<br>Netali Peles, Esq.<br>Executive Law Group<br>Netalie Peles, Esq.<br>3001 North Rocky Point Drive E. #208<br>Tampa, Florida 33607<br>Telephone: (813) 367-3505<br>E-mail:  Netali@execlawgroup.com<br>Counsel for Defendants |