**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JACKIE L. BRADLEY,

        Plaintiff,

v.   Case No:   6:13-cv-1053-Orl-40DAB

UPLAND VENTURES, INC. and
JEFFREY C. UNNERSTALL,

        Defendants.

## ORDER

This cause is before the Court on Plaintiff's Renewed Motion for Default Failure to Comply with Court's Order for Discovery Violations (Doc. 39) filed on July 3, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 19, 2014 (Doc. 43), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Renewed Motion for Default Failure to Comply with Court's Order for Discovery Violations (Doc. 39) is hereby **GRANTED**.

3. The Clerk is **DIRECTED** to enter default against Defendants Upland Ventures, Inc. and Jeffery C. Unnerstall.

4. Plaintiff is **DIRECTED** to file a motion for default judgment with affidavits in support of any damages alleged within 21 days of this Order.

**DONE** and **ORDERED** in Orlando, Florida on October 17, 2014.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -