# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JACKIE L. BRADLEY,**

      **Plaintiff,**

**v.**                                                  **Case No:  6:13-cv-1053-Orl-40DAB**

**UPLAND VENTURES, INC. and**
**JEFFREY C. UNNERSTALL,**

      **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** Motion for Attorney Fees (Doc. No. 58)
>
> **FILED:** January 21, 2015
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.
> Defendants are not opposed to the relief sought in the Motion.  Doc. 59.

Judgment in favor of Plaintiff in this Fair Labor Standards Act case was entered on December 24, 2014. On January 21, 2015, Plaintiff's attorney subsequently filed a Motion for attorney's fees and costs pursuant to 29 U.S.C. §216(b) seeking $14,805 in attorney's fees and $996.24 in costs. Doc. 58. Defendants are not opposed to the relief sought in the Motion. Doc. 59. The attorney's fees are now being sought separate and apart from the relief previously awarded to Plaintiff for unpaid overtime in the judgment.

It is respectfully **RECOMMENDED** that judgment on attorney's fees[1] be entered in the amount of **$15,551.44**.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 6, 2015.

                                              *David A. Baker*
                                              DAVID A. BAKER
                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy

---

[1] The amount sought by Plaintiff gives credit to the Defendants for their payment of $250 in sanctions imposed by the Court earlier in this case.   Doc. 58 n. 1.