**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JACKIE L. BRADLEY,

      Plaintiff,

v.                               Case No:   6:13-cv-1053-Orl-40DAB

UPLAND VENTURES, INC. and
JEFFREY C. UNNERSTALL,

      Defendants.

## ORDER

This cause is before the Court on Plaintiff's Motion for Attorney's Fees (Doc. 58) filed on January 21, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 6, 2015 (Doc. 60), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Attorney's Fees (Doc. 58) is hereby **GRANTED**.

3. Judgment on attorney's fees is hereby entered in favor of the Plaintiff in the amount of **$15,551.44**.

4. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on February 24, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties